### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

| | | |
|---|---|---|
| ERIC KOTY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 15 C 2600 |
| | ) | |
| SHERIFF JOHN ZARUBA, | ) | Judge Virginia M. Kendall |
| IN HIS OFFICIAL CAPACITY | ) | |
| AS SHERIFF OF DUPAGE | ) | |
| COUNTY, and DUPAGE COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' INDEX OF EXHIBITS

| TAB 1 | Defendant's Answer to Plaintiff's First Amended Complaint |
|---|---|
| TAB 2 | Excerpts from the Deposition of Plaintiff |
| TAB 3 | Excerpts from the Deposition of James Kruse |
| TAB 4 | Excerpts from the Deposition of Alan Angus |
| TAB 5 | April 4, 2014 Doctor's note (Plaintiff's deposition Exhibit no. 3) |
| TAB 6 | February 12, 2014 Doctor's note (Plaintiff's deposition Exhibit no. 2) |
| TAB 7 | EEOC charge 440-2014-03506 (Plaintiff's deposition Exhibit no. 4) |
| TAB 8 | April 8, 2014 Memo regarding Temporary Transfer of Plaintiff (Plaintiff's deposition Exhibit no. 6) |
| TAB 9 | Excerpts from Plaintiff's Testimony before the Illinois Labor Relations Board |
| TAB 10 | EEOC charge 440-2014-03506 (Amended) (Plaintiff's deposition Exhibit no. 5) |
| TAB 11 | Transfer memo dated March 24, 2015 (Plaintiff's deposition Exhibit no. 13) |
| TAB 12 | Excerpts from the Deposition of Chris Johnson |
| TAB 13 | Squad car evaluation Bates stamped 537 |