UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

ERIC KOTY,                                          )
                                                    )
            Plaintiff,                              )
                                                    )
v.                                                  )        Case No. 15 C 2600
                                                    )
SHERIFF JOHN ZARUBA,                                )        Judge Virginia M. Kendall
IN HIS OFFICIAL CAPACITY                            )
AS SHERIFF OF DUPAGE                                )
COUNTY, and DUPAGE COUNTY,                          )
                                                    )
            Defendants.                             )

# TAB 5

# April 4, 2014 Doctor's note

# DuPage Medical Group

| WE CARE FOR YOU

*M&M ORTHOPAEDICS, A MEMBER OF DMG,*
*DOWNERS GROVE*
*4115 Fairview Avenue*
*Downers Grove IL 60515*
*630-968-1881*

April 4, 2014

To whom it may concern:

This is to certify tTo whom it may concern:

This is to certify that Eric L Koty, date of birth: 3/29/1973:

Resume regular work as of today, 4/4/2014
Additional Comments: Patient can drive, discharge a firearm, and otherwise perform all duties of an active, full duty law enforcement official. However, because of a hip condition, a squad car with more legroom, like an SUV, is necessary.

The patient was seen on 4/4/2014 by Vijay B Thangamani, MD.

Please call if you have further questions,

Electronically signed by Vijay B Thangamani, MD on 04/04/2014

Physician Signature



This letter (including any attachments) contains confidential information intended only for the addressee. Any use or disclosure by any other person is unlawful. If you are not the intended recipient, please notify our office immediately (630-469-9200) and we will make arrangements for the return of the information to DuPage Medical Group. You are hereby notified that any disclosure, copying, or distribution of this letter, or the taking of any action based on it, is strictly prohibited by law.

Eric L Koty, GE39284930, 3/29/1973

000013