UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

ERIC KOTY,                                          )
                                                    )
           Plaintiff,                              )
                                                    )
v.                                                  )     Case No. 15 C 2600
                                                    )
SHERIFF JOHN ZARUBA,                                )     Judge Virginia M. Kendall
IN HIS OFFICIAL CAPACITY                            )
AS SHERIFF OF DUPAGE                                )
COUNTY, and DUPAGE COUNTY,                          )
                                                    )
           Defendants.                             )

# TAB 7

# EEOC charge 440-2014-03506

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>_X_ EEOC | 440-2014-03506 |

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*)<br>Eric Koty | Home Phone (Incl. Area Code)<br>630-201-7257 | Date of Birth<br>3-29-73 |
|---|---|---|
| Street Address<br>15922 S. Selfridge Circle, Plainfield, IL 60586 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>Du Page County Sheriff & Du Page County | No. Employees, Members<br>Over 15 | Phone No. (Include Area Code) |
|---|---|---|
| Street Address<br>501 N. County Farm Rd., Wheaton, IL 60187 | City, State and ZIP Code | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*)<br><br>__ RACE  __ COLOR  __ SEX  __ RELIGION  __ NATIONAL ORIGIN<br><br>__ RETALIATION  __ AGE  _X_ DISABILITY  __ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest          Latest<br>1/20/12          On going<br><br>_X_ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):
I have a disability that prevents me from working in the current vehicle supplied by the employer. The employer knew of the disability, and continues to not accommodate my disability.

**RECEIVED EEOC**

APR 0 9 2014

**CHICAGO DISTRICT OFFICE**

DEPOSITION EXHIBIT
4
8/1/16

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 4·4·14<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*)  4/4/2014 |

OFFICIAL SEAL
IRIS A PRUSAK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/12/15

469