UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

ERIC KOTY,                                          )
                                                    )
                    Plaintiff,                      )
                                                    )
v.                                                  )        Case No. 15 C 2600
                                                    )
SHERIFF JOHN ZARUBA,                                )        Judge Virginia M. Kendall
IN HIS OFFICIAL CAPACITY                            )
AS SHERIFF OF DUPAGE                                )
COUNTY, and DUPAGE COUNTY,                          )
                                                    )
                    Defendants.                     )

# TAB 8

# April 8, 2014 memo regarding temporary transfer of Plaintiff

**JOHN E. ZARUBA**
SHERIFF

501 N. County Farm Road
Wheaton, Illinois 60187
(630) 407-2000
FAX (630) 407-2013
www.co.dupage.il.us/sheriff



| | |
|---|---|
| Civil Division | (630) 407-2060 |
| Corrections | (630) 407-2255 |
| Crime Laboratory | (630) 407-2100 |
| Detective Division | (630) 407-2323 |
| Radio Room | (630) 407-2400 |
| Records Division | (630) 407-2270 |
| Warrants Division | (630) 407-2290 |

**OFFICE OF THE SHERIFF**
COUNTY OF DUPAGE

To:       Deputy E. Koty

From:     Chief Alan Angus

Date:     April 8, 2014

Re:       Work Assignment

Please be advised that I am in receipt of your paperwork that you hand delivered to Sergeant Ruff on April 7th, 2014. In that, your doctor indicated that "because of a hip condition, a squad car with more legroom, like an SUV, is necessary." This note prevents you from working in the current vehicle supplied by the employer, and we have no vehicles conducive to the recommendation of your doctor.

Subsequently, Chief Kruse met with the State's Attorney's Office and their recommendation is to temporarily transfer your work assignment to the courthouse. The work assignment will be reevaluated after you supply the additional information requested regarding this matter.

Please meet with Major Romanelli regarding your duties at the courthouse.

C:
Bureau Chiefs
Major Romanelli
E. Angus
File



000014