UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

ERIC KOTY,                                    )
                                              )
            Plaintiff,                        )
                                              )
v.                                            )      Case No. 15 C 2600
                                              )
SHERIFF JOHN ZARUBA,                          )      Judge Virginia M. Kendall
IN HIS OFFICIAL CAPACITY                      )
AS SHERIFF OF DUPAGE                          )
COUNTY, and DUPAGE COUNTY,                    )
                                              )
            Defendants.                       )

# TAB 10

# EEOC charge 440-2014-03506

# (Amended)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>X EEOC | AMENDED 440201403506 |

Illinois Department of Human Rights and EEOC
_State or local Agency, if any_

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Eric Koty | 630-201-7257 | 3-29-73 |

Street Address: 15922 S. Selfridge Circle, Plainfield, IL 60586  City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name Du Page County States Attorney Du Page County Sheriff & Du Page County | No. Employees, Members Over 15 | Phone No. (Include Area Code) |
|---|---|---|
| Street Address: 501 N. County Farm Rd., Wheaton, IL 60187  City, State and ZIP Code | | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address   City, State and ZIP Code | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

___ RACE  ___ COLOR  ___ SEX  ___ RELIGION  ___ NATIONAL ORIGIN

X RETALIATION  ___ AGE  X DISABILITY  ___ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 1/20/12   Latest On going

X CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I have a disability that prevents me from working in the current vehicle supplied by the employer.
The employer knew of the disability, and continues to not accommodate my disability.
The employer retaliated against me when it found out I filed a charge, by putting me in a substantially worse job assignment and other terms of employment.

DEPOSITION EXHIBIT # 5 /xicl 8/9/16  GS

RECEIVED EEOC

APR 28 2014

CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and local Agency Requirements

"OFFICIAL SEAL"
Kathleen L. Gaughan-Brunieve
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 02/23/16

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

X Eric Koty

4-23-14
Date   Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)