UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

ERIC KOTY,                                      )
                                                )
              Plaintiff,                         )
                                                )
v.                                              )      Case No. 15 C 2600
                                                )
SHERIFF JOHN ZARUBA,                            )      Judge Virginia M. Kendall
IN HIS OFFICIAL CAPACITY                        )
AS SHERIFF OF DUPAGE                            )
COUNTY, and DUPAGE COUNTY,                      )
                                                )
              Defendants.                        )


# TAB 11

# Transfer memo dated March 24, 2015

**JOHN E. ZARUBA**
SHERIFF

501 N. County Farm Road
Wheaton, Illinois 60187
(630) 407-2000
FAX (630) 407-2013
www.dupagesheriff.org



**OFFICE OF THE SHERIFF**
COUNTY OF DUPAGE

| | |
|---|---|
| Civil Division | (630) 407-2060 |
| Corrections | (630) 407-2255 |
| Crime Laboratory | (630) 407-2100 |
| Detective Division | (630) 407-2323 |
| Radio Room | (630) 407-2400 |
| Records Division | (630) 407-2270 |
| Warrants Division | (630) 407-2290 |

To:        Deputy E. Koty

From:     Chief James Kruse

Date:     March 24, 2015

Re:        **Transfer to Law Enforcement Bureau**

Effective March 30, 2015 you will be transferred to the Law Enforcement Bureau. Please meet with Lieutenant Hilgenbrink before 1800 hours this date regarding details of the assignment. You will be placed on this team due to a vacancy that exists.

C:
Bureau Chiefs
Major Brakebill
Major Romanelli
E. Angus
File



000082