UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

ERIC KOTY,                                       )
                                                 )
            Plaintiff,                           )
                                                 )
v.                                               )        Case No. 15 C 2600
                                                 )
SHERIFF JOHN ZARUBA,                             )
AS SHERIFF OF DUPAGE                             )
COUNTY, and DUPAGE COUNTY,                       )        Judge Virginia M. Kendall
                                                 )
            Defendant.                           )

# TAB 13
# Squad car evaluation
# Bates stamped 537

Evaluation of 2 Sheriff's Squad Cars 1/22/14

| | Crown Victoria | Interceptor | |
|---|---|---|---|
| Ht from floor to top of front seat | 9.5" | 16" | |
| Length of Seat Pan | 21" | 19.25" | |
| Power adjustable | No | Yes | Both have adjustable lumbar support |
| Frt edge of seat to pedals | 21.5" | 23" | Interceptor's pedals can be adjusted measurement was taken when fully forward to fire wall |
| Steering wheel tilt | Yes | Yes | |
| Bottom of steering wheel to top of legs | 3" | 2.25" | |
| Driver ht | 5'10.5" | 6' | |

Note: Crown Vic front seat back felt like a lump in the middle and provided less seat support due to normal wear.

000537