UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

ERIC KOTY,                                    )
                                              )
            Plaintiff,                        )
v.                                            )        Case No. 15 C 2600
                                              )
SHERIFF JOHN ZARUBA,                          )        Judge Virginia M. Kendall
IN HIS OFFICIAL CAPACITY                      )
AS SHERIFF OF DUPAGE                          )
COUNTY, and DUPAGE COUNTY,                    )
                                              )
            Defendants.                       )

## NOTICE OF FILING

PLEASE TAKE NOTICE that on November 22, 2016, Defendants electronically filed with the United States District Court for the Northern District of Illinois, **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT,** and **56.1 STATEMENT OF UNDISPUTED FACTS WITH SUPPORTING MATERIALS**, a copy having been served upon you.

                        By:    s/Gregory Vaci
                               ARDC#6204697
                               Assistant State's Attorney
                               503 N. County Farm Road
                               Wheaton, Illinois 60187
                               (630) 407-8221

## CERTIFICATE OF SERVICE

I, Gregory Vaci, Assistant State's Attorney, hereby certify that I electronically filed the documents referred to above along with this notice, with the Clerk of the United States District Court using the CM/ECF system on November 22, 2016.

S/Gregory Vaci