**JOHN E. ZARUBA**
SHERIFF

501 N. County Farm Road
Wheaton, Illinois 60187
(630) 407-2000
FAX (630) 407-2013
www.co.dupage.il.us/sheriff



| | |
|---|---|
| Civil Division | (630) 407-2060 |
| Corrections | (630) 407-2255 |
| Crime Laboratory | (630) 407-2100 |
| Detective Division | (630) 407-2323 |
| Radio Room | (630) 407-2400 |
| Records Division | (630) 407-2270 |
| Warrants Division | (630) 407-2290 |

## OFFICE OF THE SHERIFF
### COUNTY OF DUPAGE

## Medical Information Request Form

### (To be completed by healthcare practitioner)

Employee Name: _Eric Kohy_ (please print)

1. Please describe the employee's medical condition _3-4 annulartear, DDD, Foraminal impingement, Pain in back + NT thigh medially, hip pain_

2. When did the medical condition begin? _11/2011    I first saw him 2/12_

3. How long is the condition expected to last? _after surg & ND, homeweargy & ___ – Back is chronic_

4. Please describe the seriousness of the condition (e.g., mild, moderate, severe): _moderate pain, with medication it is mild_

5. Please describe the major life activities (e.g., breathing, eating, sleeping, walking, talking, manual tasks, etc.) that are substantially limited by the medical condition or accompanying treatment:
   _ADLs ce._
   _Advanced ADLs - limited by leg room in current squad car (driving)_

   a. Please describe how these limitations impact the employee's ability to perform her/his job (please refer to employee's job description):
   _see above_

What accommodation(s). if any. would you recommend for this employee? _____

_____ Special ca. with elevated seat + adequate leg room, tall _____ and lumbar support _____

a.   If the suggested accommodation is not permanent, what is the likely duration of the accommodation?

_____ Permanent _____

6.   Is there other information we should be aware of when evaluating what accommodation is most appropriate?

_____ Recommend ergonomic eval of car _____

_____     _____

| _____ | _____ | _____ |
| Treating Healthcare Practitioner Signature | Treating Healthcare Practitioner Printed Name | Date |

Lara Shahbandar                                    4/15/14