**JOHN E. ZARUBA**
SHERIFF

501 N. County Farm Road
Wheaton, Illinois 60187
(630) 407-2000
FAX (630) 407-2013
www.dupagesheriff.org



**OFFICE OF THE SHERIFF**
COUNTY OF DUPAGE

| Civil Division | (630) 407-2060 |
| Corrections | (630) 407-2255 |
| Crime Laboratory | (630) 407-2100 |
| Detective Division | (630) 407-2323 |
| Radio Room | (630) 407-2400 |
| Records Division | (630) 407-2270 |
| Warrants Division | (630) 407-2290 |

To:      Deputy E. Koty

From:     Chief James Kruse

Date:     November 10, 2014

Re:      **Assignment to Administrative Bureau, Court Security Division**

Please be advised that on November 8, 2014 you have been temporarily assigned to the Court Security division for a period of seven months. At this time you are still restricted, by your medical provider, for release to full duty in the Law Enforcement Bureau. You are however, according to your medical provider, able to fully perform the duties required of a Deputy without restrictions in Court Security.

Effective November 10, 2014 you are assigned to the Court Security division. Please contact Major Romanelli for details regarding this assignment.

C:

Bureau Chiefs
Major Romanelli
Court Security Supervisors
Personnel File