**EMPLOYERS' PACKAGE PROPOSALS**
**NOVEMBER 15, 2016**

# DUPAGE COUNTY SHERIFF AND COUNTY OF DUPAGE

## and

# METROPOLITAN ALLIANCE OF POLICE,
# DUPAGE POLICE, CHAPTER #126

The Employers reserve the right to add to, delete from, amend or otherwise modify these proposals during the course of negotiations, until a complete agreement is reached.

633132.1

1. **<u>Section 1.1- Representative Unit</u>**. Amend as follows:

**Section 1.1- ~~Representative~~ <u>Represented</u> Unit**

The Employer recognizes the Union as the sole and exclusive bargaining representative in all matters establishing and pertaining to wages, hours of work, and other conditions of employment as determined by law for employees in the bargaining unit described below, and in compliance with such certification. The bargaining unit consists of all full-time employees as follows certification issued by the Illinois State Labor Relations Board on March 23, 2006, in case No. S-RC-05-153:

- <u>Included</u>: All Deputy Sheriffs below the rank of sergeant in the Sheriff's Administrative Bureau, Law Enforcement Bureau, Fugitive Apprehension Unit within the Corrections Bureau, School Liaison Unit, Gang Suppression/Problem Investigation Unit, DuPage County Metropolitan Enforcement Group (DUMEG) Consortium and Beat Auto Theft Through Law Enforcement (BATTLE) Consortium<u>, and Court Security Officers, as provided in 55 ILCS 5/3-6012.1</u>.

- <u>Excluded:</u> Deputy Sheriffs below the rank of sergeant employed by the County of DuPage and the Sheriff of DuPage County in the Sheriff's Correction Bureau in positions in the County Jail, the Sheriff's Work Alternative Program, the Young Adult Work Camp, the Periodic Imprisonment Unit, the Corrections Transport Unit and the Release and Detention (R&D) unit; Deputy Sheriffs of the rank of sergeant and above; all civilian and non-peace officer employees of the Sheriff's Office, and all other employees of the County of DuPage and Sheriff of DuPage County.

The term "employee" as used in this Agreement shall only refer to employees who are specifically included in the above-described bargaining unit.

2. **<u>Section 1.3 (NEW) – Definitions and Acronyms</u>**. (NID)

**A. Patrol Division Definitions**.

The following terms shall have the definitions ascribed to them as follows:

*Team* – a work group composed of Deputy Sheriffs, and headed by a Sergeant.

*Work Schedule* – the specific hours of work assigned to a **team**.

*Shift* – synonymous with Work Schedule; the specific work hours assigned to a **team**.

*Watch* - a group of employees typically made up of two **teams**, with overlapping work schedules and headed by a Watch Commander.

**B. Acronyms for the Law Enforcement Bureau**. The following acronyms shall ascribe the following terms:

BATTLE – Beat Auto Theft Through Law Enforcement (no longer exists)

CRU – Community Resource Unit (Neighborhood Liaison Officer – NLO is included in the CRU)

DRT – Duty Reduction Time

DuMEG – DuPage Metropolitan Enforcement Group

FIU – Forensic Investigations Unit

FTO – Field Training Officer

HDU – Hazardous Devices Unit (aka Bomb Squad)

K9 – Canine Unit

SWAT/Special Ops – Special Weapons and Tactics (aka Special Operations Unit)

TNT – 22 – Tactical Narcotics Team – 22 (aka known as SR-22 or TNT)

TWP – Township Deputy

3.      **Section 2.1 – Rights Residing in Management**.  Status quo.

4.      **Section 3.3 – Union Bulletin Boards**.  Amend as follows:  (NID)

Union bulletin boards shall be for the sole and exclusive use of the Union.  The Union will not permit posting of any material on any bulletin board which is derogatory or inflammatory in nature toward the Employers, DuPage County or its agents.  The Employers reserves the right to remove any inappropriate material.  Differences over such content shall be subject to the grievance procedure.  The current boards posted shall remain in place for the duration of this contract, except the Employers shall move the bulletin board currently located in the hallway to the Patrol Squad Room.  The Employers shall designate a portion of the bulletin board in the Detective Division for use by and for the Union.

5.      **Section 4.1 – Dues Deduction**.  Agree to Union's proposal of 5/12/2016, as follows:

Upon receipt of a lawful written authorization, signed by the employees covered by this Agreement, in a form agreed upon by the Union and the Employers, the Employers agrees to deduct from the employee's paycheck the regular uniform Union membership dues and/or local chapter dues during the term of this Agreement.  The dues shall be forwarded to the individual(s) designated by the Union to receive deductions within thirty (30) days of the date of the deduction.   The regular uniform Union membership amount to be deducted, which will be the same dollar amount for each employee in order to ease the Employer's burden in administering

633132.1

this provision, will be certified in writing by the Union to the Employers. This amount may be changed by the Union once each year upon prior written notice to the Employer. The aggregate deductions of all employees and a list of their names, addresses, job titles, and employee numbers shall be remitted monthly to the Union at the address designated in writing to the Employers by the Union. The Employers shall work with the Union to establish a local chapter dues deduction in the amount of $1.00 per pay period per dues deduction authorization, to be provided by the local chapter, along with their regular Union membership dues.

6. **Section 6.1 – Probationary Period**. Status quo.

7. **Section 6.2 – Definition of Seniority**. Amend paragraphs 2), 3), 4) and 6) as follows:

…

2) When selecting/bidding for vacation time in either Court Security/or the Law Enforcement Bureau, Deputies shall utilize their sworn date seniority. In the event that Deputies who are assigned to the same Bureau share the same sworn date, the Deputy with higher seniority with regards to assignment to that Bureau shall have priority in selecting/bidding for vacation.

3) In the Court Security Division, when submitting requests for assignments, Deputies shall utilize their sworn date.

4) When submitting shift requests and beat assignments requests in the Law Enforcement Bureau, patrol division, Deputies shall utilize their date of assignment to the Law Enforcement Bureau. In the event that two (2) or more deputies share the same date of assignment to the Law Enforcement Bureau, the senior Deputy, with regards to their Office hire sworn date, shall have priority in submitting shift requests and beat assignment requests.

…

6) If a Deputy is transferred to a position outside of the bargaining unit and later returns to the bargaining unit, their Office hiresworn date shall be used for benefit calculation purposes and their previous seniority accumulation within the bargaining unit shall be used for purposes of shift, beat and vacation requests. Transfers for a period not in excess of ninety (90) days shall continue to accrue seniority for all purposes.

8. **Section 6.6 – Accrual of Seniority**. Status quo.

9. **Section 7.1 – Discipline**. Status quo.

10. **Section 7.2 – Pre-Discipline Meeting**. Amend as follows: (NID)

For discipline greater than a written or oral reprimand, the Employers shall offer to meet informally with the employee involved to inform him/her of the reason for contemplated disciplinary action. The employee shall then be allowed an opportunity to rebut or clarify the charges disclosed at this meeting.

633132.1

11.     **Section 7.3 – DuPage County Merit Commission and Grievance Arbitration**.  Status quo.

12.     **Section 7.4 – Limitations**.  Status quo.

13.     **Section 7.6 – Notice of Discipline**.  Amend as follows:  (NID)

In the event disciplinary action is taken against an employee, other than oral discipline, the Employers shall furnish written notice to the employee within seven (7) calendar days of such action, which shall generally state the reasons for such discipline, and the direction to the employee for future behavior.  Copy of such written notice should be maintained in the employee's personnel file.

14.     **Section 7.8 – Outside employment while on suspension without pay**.  Status quo.  (NID)

15.     **Section 8.2 – Class Grievance**.  Status quo.  New proposal by Union on 10/24/2016.  Need to discuss.

16.     **Section 8.3 – Grievance Procedure**.  Status quo.  New Proposal by Union on 10/24/2016.  Need to discuss.

17.     **Section 8.5 – Step - 1**.  Amend as follows:

As a general rule, an employee who has a grievance should first attempt to resolve the grievance informally with his/her immediate supervisorSergeant. If the immediate supervisorSergeant is unable to resolve the grievance, the employee will submit the grievance in writing to his/her immediate supervisorLieutenant (Patrol Division); Detective Commander (Detective Division); or Chief of Court Security (Court Security Division) (hereinafter, the "Employers' Step 1 Representative") specifically indicating that the matter is a grievance under this agreement. The written grievance shall contain a complete statement of facts surrounding describing the Employee's complaint, the specific Articles and Sections of this Agreement allegedly violated, the date of the alleged violation and the relief sought. The grievance document shall be signed and dated by the grievant and the Union representative.

All grievances must be presented in writing within ten (10) calendar days of the occurrence giving rise to the grievance, not including the day of the occurrence, or date when the affected employee knew, or reasonably should have known, of such occurrence; however, in no event shall any grievance be filed more than thirty (30) days after the date of the occurrence giving rise to the grievance.  Any grievance not presented to the Employee's immediate supervisorEmployers' Step 1 Representative within the time stated above shall be deemed waived.

The immediate supervisorEmployers' Step 1 Representative shall provide an answer in writing no later than seven (7) calendar days from the receipt of the Step 1 grievance generally stating

whether the eEmployers isare granting or denying the grievance and generally stating the basis for the decision. If the matter is not resolved at the first step of the Grievance Procedure, or the supervisor's Employers' Step 1 Representative's response is not received within the seven (7) calendar days after the receipt of the Step 1 grievance, the Employee may proceed to Step 2 of the Grievance Procedure.

18. **Section 8.6 – Step - 2**.  Amend as follows:

If the grievance is not settled at Step 1 and the Employee wishes to appeal the grievance to Step 2 of the Grievance Procedure, the appeal shall be submitted to the Employee's Division Head Sheriff's Office Contract Administrator (as designated by the Sheriff) within seven (7) calendar days after the receipt of the immediate supervisor'sEmployers' Step 1 Representative's written response to the Employee, not including the day the response was received, or the day the response was due if no response was received.

The written appeal shall generally state the basis upon which the Employee believes the grievance was improperly denied at the previous step of the Grievance Procedure. The Division HeadSheriff's Office Contract Administrator shall offer to discuss the grievance with the grievant and an authorized representative from the Union. If no settlement of the grievance is reached, the Division HeadSheriff's Office Contract Administrator shall provide a written response to the grievant within seven (7) calendar days after receiving the written Step 2 grievance, not including the day the response was received, or the day the response was due if no response was received generally stating the basis upon which the eEmployers isare denying the grievance.  If the Sheriff's Office Contract Administrator's response is not received within seven (7) calendar days after the receipt of the Step 2 Grievance, the employee may proceed to Step 3 of the Grievance Procedure.

19. **Section 8.7 – Step – 3**.  Amend as follows:

If the grievance is not settled at Step 2 and the Employee wishes to appeal the grievance to Step 3 of the Grievance Procedure, the appeal shall be submitted in writing to the Sheriff, or his designee, within seven (7) calendar days after the receipt of the Division Head'sSheriff's Office Contract Administrator's written response to the Employee, not including the day the response was received, or the day the response was due if no response was received.

The written appeal shall generally state the basis upon which the Employee believes the grievance was improperly denied at the previous step of the Grievance Procedure. The Sheriff, or his designee, shall offer to discuss the grievance with the grievant and an authorized representative of the Union. If no settlement of the grievance is reached, the Sheriff, or his designee, shall provide a written response to the grievant within seven (7) calendar days after receiving the written Step 3 Grievance, not including the day the response was received, or the day the response was due if no response was received generally stating the basis upon which the eEmployers isare denying the grievance.  If the Sheriff's or his designee's response is not received within seven (7) calendar days after the receipt of the Step 3 Grievance, the employee Union may proceed to Step 4 of the Grievance Procedure.

20.     **Section 8.8 – Step - 4**.  Agree to add "by the Sheriff or his designee was due" in first paragraph.  Status quo to remainder.  (NID)

21.     **Section 10.1 – Employees Not Assigned to a Monday-Friday Work Schedule**.  Status quo.

22.     **Section 10.4 – Eligibility**.  Status quo.

23.     **Section 11.1 – Accrual of Benefits**.  Amend as follows:

Vacation shall be earned ~~yearly~~monthly based on the employee's date of employment during a given calendar year, in accordance with the following schedule and based on the current shift assignment:

| COMPLETED YEARS OF SERVICE | HOURS PER YEAR – 8 HOUR SHIFT | HOURS PER YEAR – 10 HOUR SHIFT | HOURS PER YEAR – 12 HOUR SHIFT |
|---|---|---|---|
| 2 years through 3 years | 80 | 80 | 80 |
| 4 years through 8 years | 120 | 120 | 120 |
| 9 years through 15 years | 160 | 160 | 160 |
| 16 years | 168 | 170 | 172 |
| 17 years | 176 | 180 | 184 |
| 18 years | 184 | 190 | 196 |
| 19 years | 192 | 200 | 208 |
| 20 years | 200 | 210 | 220 |
| ~~21 years~~ | ~~208~~ | ~~220~~ | ~~232~~ |
| ~~22 years~~ | ~~216~~ | ~~230~~ | ~~244~~ |
| ~~23 years~~ | ~~224~~ | ~~240~~ | ~~256~~ |
| ~~24 years~~ | ~~232~~ | ~~250~~ | ~~268~~ |

Years of service shown are completed years.  Accrual of vacation time ceases during any medical or personal leave of absence of over thirty (30) calendar days.

24.     **Section 11.2 – Use of Vacation Time and Cancellation**.  Amend as follows:

Vacation benefits may be taken in increments of the number of hours required to take off one complete scheduled shift, but no less without prior authorization of the Sheriff or his designee. In addition a "working day" for the purpose of this Article shall not include a day, which an employee is regularly scheduled off from duty.  Consequently, an employee may elect to schedule his vacation time in conjunction with days off that the employee is regularly scheduled off from duty, without such days off being charged against his earned vacation accrual. Members on the 12 hr. workday may use their DRT (Duty Reduction Time) time in conjunction with their vacation time.  IE: A person may use their 4 hrs. of DRT time and 8 hrs. of vacation time to receive a full day off.

Vacation time shall be authorized on the basis of the sworn date seniority with the Office. If two (2) or more bargaining unit members in the LEB have the same sworn date with the Office, the

633132.1

employee that has the most LEB seniority shall receive the vacation book first. Normally no more than two (2) persons from a watch/division section shall be on vacation at any one time, more MAY be allowed as long as manpower needs are met. Supervisors that are responsible for the approval and submission of vacation schedules also have the authority to grant requests for changes in these schedules. Supervisors shall set and approve the vacation schedules. However, employees' scheduling requests or requested changes may or may not be granted depending on operational needs as determined by the Sheriff or his designee(s). Vacation dates may be changed or canceled by the Sheriff or his designee(s) in the event of exigent circumstances. In the event of such cancellation, the re-scheduling will be accomplished in accordance with the provisions of this Agreement. In the event a covered employee shall experience out of pocket expenses incurred as a result of such cancellation, the employee shall submit written proof of such loss for the consideration of the Employers for purposes of reimbursement.

On or before November 1 of each year, the Sheriff or his designee shall post a schedule for available vacation during the upcoming calendar year. The employees shall select their vacation preferences in order of sworn date Office seniority with the Office within their assigned teamwatch/shift, with the most senior employee having the first choice, the next most senior employee having the second choice, and so on. All vacation requests shall be submitted by December 28, of each year. The watch commander or supervisor of the assigned unit, shift or team shall be responsible for maintaining the vacation schedule, once approved, and ensuring that all requests for vacation time use have been submitted by the requesting member in writing prior to that member taking the vacation time.

After the vacation schedule has been established, no employee can "bump" another employee regardless of seniority. Once the vacation schedule has been posted, any remaining "unscheduled" vacation days shall be taken on a daily first-requested, first received basis. In the event that two or more employees request the same vacation day (and the request is made on the same day), the employee with the most sworn date seniority within the Office shall have preference. No employee can "bump" another employee from an "unscheduled" vacation day once established, regardless of the employee's seniority.

The current process of picking vacation time for LEB, Fugitive Apprehension Unit, School Liaison, Gang Suppression/Problem Investigation Unit, and DUMEG and BATTLE shall remain in effect for the duration of this contract. Once a member's vacation is approved and scheduled, the member will be allowed to take that vacation even if transferred and a scheduling conflict develops, as authorized by the Sheriff or his designee.

Personnel may request changes, in writing, to their vacations in any increment. Example: A member may request to change an already scheduled block of vacation time to another date, or they may request to change only a portion of scheduled vacation - one day, two days, etc., to another date.

25.    **Section 11.4 – Vacation Carryover**.  Amend as follows:

It is expected that earned vacation will be taken during that calendar year.  However, up to eighty (80) hours of earned vacation time not taken during a calendar year may be carried over to the

next year with the prior written permission of the Sheriff or his  designe e(s).  Vacation hours in excess of 80 hours shall require the pre-approval of the Sheriff or his designee prior to December 31st, in order to be carried over to the next year.  Absent such approval, those vacation hours in excess of 80 hours shall be forfeited.  Any pre- approved vacation carried over in excess of 80 hours, over and above of the allowed 80 hours, must be used within the first quarter, or else will be forfeited.

26.     **Section 11.5 – Vacation Selection Within Court Security**.  Amend as follows:

Vacation time shall be authorized based on the needs of the Chief Judge first and thereafter selected based on seniority as designated in this agreement. Vacation requests within the Court Security Division shall be made in accordance with Section 11.2 of this article.

**Vacation Weeks:**
Vacation weeks will be selected by sworn Office Hire date seniority. There will be two separateone vacation calendar seniority lists: one for deputies and one for corporals. Vacation week selection will start with the most senior member from each such list and continue through to the least senior member. Normally, no more than Five (5) six (6) bargaining unit members (*i.e.,* court security deputies, and two (2) Corporal's), will be allowed to take vacation on an individual weeks, more may be allowed as long as manpower needs are met.

**Single Vacation Days:**
Any vacation days remaining after the vacation week selection will be considered single vacation days. After the vacation week calendar is completed, a single day vacation calendar will be started using the same seniority list procedure used for selecting vacation weeks. Any single vacation days remaining after the single vacation day calendar is completed will revert to a "first come, first serve" basis.  Requests for use of single vacation days shall require the prior approval of the employee's supervisor.

27.     **Section 12.2 – Sick Leave Accrual**.  Amend as follows:

Sick leave credits do not accrue during the initial probationary period of employment after the date of hire with the office.  All deputies covered by this agreement shall accrue paid sick leave at the following rate:

| YEARS OF COMPLETED CONTINUOUS SERVICE | ACCRUED SICK HOURS PER YEAR FOR 8 HOUR SHIFTS | ACCRUED SICK HOURS PER YEAR FOR 10 HOUR SHIFTS | ACCRUED SICK HOURS PER YEAR 12 HOUR SHIFTS |
|---|---|---|---|
| 1 through 5 years of completed service | 48 hours per year | 60 | 72 |
| 6 through 10 years of completed service | 56 hours per year | 70 | 84 |
| 11 through 15 years of completed service | 64 hours per year | 80 | 96 |
| 16 through 20 years of completed service | 72 hours per year | 90 | 108 |
| 21 years or greater of completed service | 80 hours per year | 100 | 120 |

633132.1

All employees covered by this agreement shall be allowed up to a maximum of 2000 hours of sick leave accumulation.

Sick leave does not accrue during any personal leave of absence.

Effective January 1, 2017, all sick time hours thereafter accrued under this Agreement shall be placed into a second sick leave bank ("Bank B"). Bank B sick leave shall be used and exhausted prior to the use of sick leave hours accrued and unused prior to January 1, 2017 ("Bank A").

28. **Section 12.3 – Notification and Use of Sick Leave**. Status quo.

29. **Section 12.4 – Annual Sick Leave Payout**. Amend as follows:

**Section 12.4- ~~Annual~~ Sick Leave Payout~~s~~.**
~~The employees covered by this agreement shall receive an annual sick leave payout in accordance with the Sick Time Policy from the Sheriff's Office General Order PER 1-1 pages 2-24, attached hereto in Appendix _G_.~~
Effective January 1, 2017, all sick time hours accrued, unused, and banked in Bank A will be frozen for purposes of eligibility for monetary compensation. This accrued sick time will continue to be eligible for payout based on years of service at time of separation, as set forth below:

**Sick Leave Payouts for employees hired prior to November 1, 2005:**

a) Once an employee accrues two hundred forty (240) hours of sick time, they have the option to cash in up to forty (40) hours of sick time, one time per calendar year, at the payout percentage based on their length of service, as indicated in the Payout Table below:

Payout Table

| YEARS OF COMPLETED CONTINUOUS SERVICE | MONETARY COMPENSATION PERCENTAGE RATE |
|---|---|
| 5 through 7 years | 50% |
| 8 through 10 years | 67% |
| 11 through 15 years | 75% |
| 16 years or greater | 100% |

b) Employees who sign a formal notice of separation may receive payment for accrued, unused sick time from Bank A up to twelve (12) months prior to their separation date, according to the Payout Table set forth hereinabove.

633132.1

c) Upon voluntary termination of employment, members will receive monetary compensation within 30 calendar days of separation of employment, for accumulated Bank B sick leave, based on the following schedule of continuous service:

- Less than 11 years – 67% of the number of hours accumulated in their bank at their present salary rate.
- 11 through15 years – 75% of the number of hours accumulated in their bank at their present salary rate.
- 16  years or greater – 100% of the number of hours accumulated in their bank at their present salary rate.

d) To obtain service credit to the full extent allowed by Illinois law and IMRF policies, if any.

**Sick Leave Payouts for employees hired after November 1, 2005:**

Once an employee has completed eight (8) years of service, upon separation or layoff, the employee will have the option to either:

a) Receive monetary compensation for all remaining accrued, unused sick time at 50% of the value as set forth below:

1. Employees who sign a formal notice of separation may receive such payment, for accrued, unused sick time from Bank A up to twelve (12) months prior to their separation date.

2. Upon voluntary termination of employment, members will receive monetary compensation within 30 calendar days of separation of employment, for accumulated Bank B sick leave hours.

a)b) To obtain service credit to the full extent allowed by Illinois law and IMRF policies, if any.

30. **Section 12.5- Sick Leave Payout at Separation**. Delete. (See Section 12.4 above)

**Section 12.5- Sick Leave Payout at Separation.**

The employees covered by this agreement shall receive a sick leave payout at separation as enumerated in Sheriff's Office General Order PER 1-1 pages 22 through 24 attached hereto in Appendix _G_.

31. **Section 12.6 – Notification of Balances**.  Status quo.

633132.1

32. **Section 12.7 – Personal Days**.  Status quo.

33. **Section 13.3 – Family Medical Leave**.  Status quo.

34. **Section 13.4 – Bereavement/Funeral Leave**.  Amend as follows:

When a death occurs in an employee's immediate family, all bargaining unit employees covered by this Agreement, upon request, may be excused for up to three consecutive calendar days, for the purpose of attending the services.  This leave time pertains only when a wake or funeral occurs during the time that the employee would normally be on duty.  It is not intended to be an addition to vacation or regular days off.

To qualify for funeral leave, an employee must notify the Sheriff or designee of the need for funeral leave as soon as possible.  An eligible employee shall be paid funeral leave at his normal straight time daily rate of pay for any day or days on which he is excused but would have otherwise been scheduled to work. An otherwise eligible employee will not receive funeral pay when it duplicates pay received for time not worked for any other reason, e.g., funeral leave is available only for scheduled work days and cannot be used in conjunction with any scheduled day off.

For the purposes of this policy, "immediate family" members include:  parent, child, mother-in-law, father-in-law, stepparent, stepchild, grandparent, spouse, sibling, sister-in-law, brother-in-law, grandparent-in-law, half-sister, half-brother, civil union partner, or grandchild.  Any additional time off will be charged to, and limited by, any accrued sick leave and vacation time. Funeral leave is subject to the approval of the Sheriff or designee(s) and will require written documentation declaring the relationship to the employee, the date and the place of the funeral and proof of attendance where requested before payment is made.

The Employers shall comply with the Child Bereavement Leave Act (820 ILCS 154/1).

35. **Section 13.7 – Occupational Disability/Worker's Compensation**.  Status quo.

36. **Section 13.10 – Benefit Continuation**.  Amend by adding the following:

While an employee is on a Family Medical Leave (FMLA), the County will provide medical and dental insurance coverage at the current employee rate.  If an employee continues to be off of work after exhausting their twelve (12) weeks of FMLA, the employee will be responsible for the entire amount of the premium as stated in the County's Personnel Manual, Chapter 4, Policy 4J, Guideline E, attached as Appendix L.  Notwithstanding the foregoing, employees who are absent from work due to an injury in the line of duty shall continue to be provided medical and dental insurance coverage at the then-current rate for employee premium co-payments, so long as such employee is receiving compensation pursuant to the Public Employee Disability Act (5 ILCS 345/0.01 *et seq*.).

633132.1

During an absence of longer than thirty (30) consecutive days, the employee will not accrue vacation or sick time, nor will the employee be eligible for holiday pay after the 30th day of an occupational or non-occupational disability leave.

37.      **Section 13.13 (NEW) – Personal Days**.  Status quo.

38.      **Section 14.2 – Normal Work Hours**.  Amend as follows:

The current normal work hours in effect for employees are described in the paragraphs which follow.  The normal work schedule for Detectives, FIU Detectives, Civil Unit, Warrant Unit, DUMEG, Community Resource Unit, ~~BATTLE~~ and Court Security Deputies shall consist of eight (8) hour shifts, as specified in the following paragraphs, such that the employee is normally scheduled for eighty (80) hours of work in a 14-day work period in accordance with the provisions of Section 7(k) of the Fair Labor Standards Act.  The normal work schedule for Patrol Deputies shall consist of twelve (12) hour shifts, as specified in the following paragraphs, such that the employee is normally scheduled to work one hundred sixty (160) hours in a twenty-eight (28) day work period, in accordance with the provisions of Section 7(k) of the Fair Labor Standards Act.  The normal work schedule for Gang Suppression/ Problem Solving Unit (~~SR~~TNT-22) shall consist of ten (10) hour shifts, as specified in the following paragraphs, such that the employee is normally scheduled for eighty (80) hours of work in a 14-day work period in accordance with the provisions of Section 7(k) of the Fair Labor Standards Act.  Except in an emergency, changes in the current normal work days, work schedules or work period may only be made by the Sheriff or his designee(s) as provided in this Article and such changes shall not be made to solely avoid the payment of overtime; provided that changes necessary to accommodate training shall be deemed not to be made solely to avoid the payment of overtime.

39.      **Section 14.3 – Work Schedules by Unit**.  Amend the PATROL portion as follows:

**PATROL**:          Work twelve (12) hour shifts.
                     Available current shifts for Members assigned to the patrol division, based on shift bidding as outlined below, are:

DAYS:               0500 – 1700 AND 0600 – 1800
POWER:              1500 – 0300 (which may be modified by the Employers to 1700-0500)
MIDNIGHT:           1800 – 0600

The current 12-hour schedule is based on 84 hours worked during a two (2) week period and allows for four (4) hours of duty reduction time (DRT) time.  The DRT time may be taken in one (1) hour increments, unless otherwise approved by the employees supervisor, during the period earned, subject to approval by the shift Watch Commander and may not be taken in the middle of scheduled shift.  Availability of time off will be based on LEB seniority.  In the event an affected Deputy is not able to take his/her DRT time off said deputy shall be paid those DRT hours at the Deputy's straight time rate of pay. DRT hours are not subject to roll over from pay period to pay period. In the event a Deputy is mandated to stay during scheduled DRT time, the Deputy shall be paid at their overtime rate for the time that they actually were mandated to work and the DRT time shall not be carried over. Additionally, amend the following title:

633132.1

**CIVIL UNIT (Paper Service), WARRANT UNIT, DUMEG, & COMMUNITY RESOURCE UNIT & BATTLE**

**The remainder of Section 14.3 to be status quo.**

40.     **Section 14.5 – Shift Bidding**.  Status quo.

41.     **Section 14.7 – Overtime and Overtime Distribution**.  Status quo.  (NID)

42.     **Section 14.8 – Overtime Distribution**.  Amend paragraph 1 of Section 14.8 as follows:

1.     The Employers shall post a list of employee names, ranked in order from top to bottom based upon Office sworn date seniority, for their respective division (IE: Court Service, Patrol, Detective, etc.).  The posting of this list shall be accessible to all members covered by this agreement and shall be posted in each bureau and the divisions within those bureaus.  (IE: Court House, Patrol Squad Room, Detective Division, F.I.U., Civil, Warrants, etc.).

**The remainder of Section 14.8 to be status quo.**

43.     **Section 14.10 – Compensatory Time**.  Status quo.

44.     **Section 14.12 – Attendance at Court, Coroner Inquest, or Bureau Chief Hearings**.  Amend by adding the following at the end of Section 14.12:

Under no circumstances shall bargaining unit members be paid to attend a grievance hearing, unless such employee is called as a witness by the Employer.

**The remainder of Section 14.12 to be status quo.**

45.     **Section 14.14 (NEW) – Tardiness**.  Status quo.

46.     **Section 14.15 (NEW) – Hazard Pay**.  Status quo.

47.     **ARTICLE XV – AUTOMOBILE**.  Status quo.

48.     **Section 16.1 – Benefits and Premiums**.  Amend as follows:
Bargaining unit employees shall continue to receive the same health, dental and other insurance benefit options as most other DuPage County employees at the same employee/dependent premium cost(s) as those other DuPage County employees.  In no event will bargaining unit employees pay more in premiums or co-pays, or receive less health or dental benefit for the insurance option they choose than other DuPage County employees who choose that same option.

633132.1

14

Employers provided life insurance has been discontinued for all County employees. However, if it is reinstated for all County employees, then the employees in the bargaining unit shall ~~also~~ receive ~~that~~ the benefit in the amount of life insurance provided to all other County employees.

49. **Section 16.3 – Retiree's Insurance Coverage and Contribution and Early Buyouts**. Status quo.

50. **Section 18.1 – ~~Steps Increase~~Wages**. Amend as follows:

~~As of June 1, 2011, bargaining unit members will be brought to the appropriate step salary based on each employee's years of service within a sworn position. If an employee does not receive any salary increase on June 1, 2011, the employee shall receive a one-time $500 lump sum bonus that will not be included in their annual salary.~~

~~Effective during the pay period which includes December 1, 2011, December 1, 2012, December 1, 2013 and December 1, 2014, employees will receive a 2% step range adjustment.~~

~~Also, based on years of service within a sworn position, employees shall receive step increases on their anniversary date, in accordance with the step schedule in Appendix A.~~

2. **Section 18.1 – ~~Steps Increase~~Wages**. Amend as follows:

~~As of June 1, 2011, bargaining unit members will be brought to the appropriate step salary based on each employee's years of service within a sworn position. If an employee does not receive any salary increase on June 1, 2011, the employee shall receive a one-time $500 lump sum bonus that will not be included in their annual salary.~~

~~Effective during the pay period which includes December 1, 2011, December 1, 2012, December 1, 2013 and December 1, 2014, employees will receive a 2% step range adjustment.~~

~~Also, based on years of service within a sworn position, employees shall receive step increases on their anniversary date, in accordance with the step schedule in Appendix A.~~

Effective December 1, 2015, December 1, 2016 and December 1, 2017, employees shall be paid in accordance with the wage schedules shown on Appendix A, attached to this Agreement

(See attached).

51. **Section 18.5 – Stipends**. Status quo.

52. **Section 18.6 (NEW) - Deputy in Charge Pay/FTO Stipends.** Status quo.

53. **Section 19.2 – Personnel Files**. Status quo.

54. **Section 19.9 – Temporary Light Duty**. Amend as follows:

633132.1

The employees covered by this agreement shall be subject to the temporary light duty policy as enumerated in the County's Return to Work (from Illness/Injury Program) Policy 7.11 Temporary Light Duty Policy from the Sheriff's Office Policy Manual, PER 1-2, 1, effective 2.1.2002, and which may be amended from time to time in accordance with law, attached hereto as Appendix  F .

55.	**Section 20.5 (NEW) – Line of Duty Injury**.  Status quo.

56.	**Section 20.6 (NEW) – Weapons**.  Status quo.

57.	**Section 20.7 (NEW) – New Positions**.  Status quo.

58.	**Section 21.1 – Uniforms**.  Status quo.

59.	**Section 21.2 – Clothing Allowance**.  Status quo.

60.	**Section 21.3 (NEW) – Uniform Pick Up**.  Status quo.

61.	**ARTICLE XXV – ENTIRE AGREEMENT**.  Status quo.

62.	**ARTICLE XXVII – DURATION AND TERM OF ARBITRATED AWARDAGREEMENT**.  Amend as follows:

Unless otherwise specified herein, tThis Arbitrated AwardAgreement shall be effective as of June 1, 2011 the date of the Arbitrated Award by Arbitrator Matthew Finkinthe first day of the first pay period after it is signed by both parties, and shall terminate at 11:59 p.m. **on the 30th day of November 20152018**.  It shall be automatically renewed from year to year thereafter unless either party notify notifies the other in writing at least ninety (90) days prior to the date of expiration or anniversary date that it desires to modify this Agreement.  In the event that such notice is given, negotiations shall begin no later than sixty (60) days prior to the anniversary date.

Notwithstanding any other provision of this Article or agreement to the contrary, this Agreement shall remain in full force and effect after the expiration date and until a new agreement is reached unless either party gives at least ten (10) days written notice to the other party of its desire to terminate this Agreement, provided such termination date shall not be before the anniversary date set forth in the preceding paragraph.

633132.1

16

# APPENDIX A – WAGES

## For Deputies not assigned to the Administrative Bureau

| Effective 12/1/2015 (FY16) - 1.5% | | | | |
|---|---|---|---|---|
| Years of Service | FY15 Step | Deputy 2232 | Corporal 2234 | Detective 2236 |
| 0 | 1 | $52,802 | $53,858 | $54,915 |
| 1 | 2 | $53,929 | $55,008 | $56,087 |
| 2 | 3 | $55,604 | $56,716 | $57,828 |
| 3 | 4 | $57,733 | $58,887 | $60,042 |
| 4 | 5 | $59,936 | $61,134 | $62,333 |
| 5 | 6 | $62,702 | $63,956 | $65,211 |
| 6 | 7 | $65,469 | $66,778 | $68,087 |
| 7 | 8 | $68,234 | $69,599 | $70,964 |
| 8 | 9 | $72,402 | $73,850 | $75,299 |
| 9 | 10 | $74,709 | $76,203 | $77,698 |
| 10 | 10 | $74,709 | $76,203 | $77,698 |
| 11 | 11 | $76,357 | $77,885 | $79,412 |
| 12 | 11 | $76,357 | $77,885 | $79,412 |
| 13 | 12 | $78,555 | $80,126 | $81,697 |
| 14 | 12 | $78,555 | $80,126 | $81,697 |
| 15 | 13 | $81,081 | $82,703 | $84,325 |
| 16 | 13 | $81,081 | $82,703 | $84,325 |
| 17+ | 14 | $84,378 | $86,065 | $87,753 |

| Effective 12/1/2016 (FY17) – 2.0% | | | | |
|---|---|---|---|---|
| Years of Service | FY16 Step | Deputy 2232 | Corporal 2234 | Detective 2236 |
| 0 | 1 | $53,858 | $54,935 | $56,013 |
| 1 | 2 | $55,008 | $56,108 | $57,209 |
| 2 | 3 | $56,716 | $57,850 | $58,985 |
| 3 | 4 | $58,888 | $60,065 | $61,243 |
| 4 | 5 | $61,135 | $62,357 | $63,580 |
| 5 | 6 | $63,956 | $65,235 | $66,515 |
| 6 | 7 | $66,778 | $68,114 | $69,449 |
| 7 | 8 | $69,599 | $70,991 | $72,383 |
| 8 | 9 | $73,850 | $75,327 | $76,805 |
| 9 | 10 | $76,203 | $77,727 | $79,252 |
| 10 | 10 | $76,203 | $77,727 | $79,252 |
| 11 | 11 | $77,884 | $79,443 | $81,000 |
| 12 | 11 | $77,884 | $79,443 | $81,000 |
| 13 | 12 | $80,126 | $81,729 | $83,331 |
| 14 | 12 | $80,126 | $81,729 | $83,331 |
| 15 | 13 | $82,703 | $84,357 | $86,012 |
| 16 | 13 | $82,703 | $84,357 | $86,012 |
| 17+ | 14 | $86,066 | $87,786 | $89,508 |

| Effective 12/1/2017 (FY18) – 2.0% | | | | |
|---|---|---|---|---|
| Years of Service | FY17 Step | Deputy 2232 | Corporal 2234 | Detective 2236 |
| 0 | 1 | $54,935 | $56,034 | $57,133 |
| 1 | 2 | $56,108 | $57,230 | $58,353 |
| 2 | 3 | $57,850 | $59,007 | $60,165 |
| 3 | 4 | $60,066 | $61,266 | $62,468 |
| 4 | 5 | $62,358 | $63,604 | $64,852 |
| 5 | 6 | $65,235 | $66,540 | $67,845 |
| 6 | 7 | $68,114 | $69,476 | $70,838 |
| 7 | 8 | $70,991 | $72,411 | $73,831 |
| 8 | 9 | $75,327 | $76,834 | $78,341 |
| 9 | 10 | $77,727 | $79,282 | $80,837 |
| 10 | 10 | $77,727 | $79,282 | $80,837 |
| 11 | 11 | $79,442 | $81,032 | $82,620 |
| 12 | 11 | $79,442 | $81,032 | $82,620 |
| 13 | 12 | $81,729 | $83,364 | $84,998 |
| 14 | 12 | $81,729 | $83,364 | $84,998 |
| 15 | 13 | $84,357 | $86,044 | $87,732 |
| 16 | 13 | $84,357 | $86,044 | $87,732 |
| 17+ | 14 | $87,787 | $89,542 | $91,298 |

633132.1

**For Deputies assigned to the Administrative Bureau**

| Effective 12/1/2015 (FY16) - 0.5% | | | |
|---|---|---|---|
| Years of Service | FY15 Step | Deputy 2232 | Corporal 2234 |
| 0 | 1 | $52,282 | $53,327 |
| 1 | 2 | $53,398 | $54,466 |
| 2 | 3 | $55,056 | $56,157 |
| 3 | 4 | $57,164 | $58,307 |
| 4 | 5 | $59,345 | $60,532 |
| 5 | 6 | $62,084 | $63,326 |
| 6 | 7 | $64,824 | $66,120 |
| 7 | 8 | $67,562 | $68,913 |
| 8 | 9 | $71,689 | $73,123 |
| 9 | 10 | $73,973 | $75,452 |
| 10 | 10 | $73,973 | $75,452 |
| 11 | 11 | $75,605 | $77,118 |
| 12 | 11 | $75,605 | $77,118 |
| 13 | 12 | $77,781 | $79,337 |
| 14 | 12 | $77,781 | $79,337 |
| 15 | 13 | $80,282 | $81,888 |
| 16 | 13 | $80,282 | $81,888 |
| 17+ | 14 | $83,547 | $85,217 |

| Effective 12/1/2016 (FY17) – 1.0% | | | |
|---|---|---|---|
| Years of Service | FY16 Step | Deputy 2232 | Corporal 2234 |
| 0 | 1 | $52,805 | $53,860 |
| 1 | 2 | $53,932 | $55,011 |
| 2 | 3 | $55,607 | $56,719 |
| 3 | 4 | $57,736 | $58,890 |
| 4 | 5 | $59,938 | $61,137 |
| 5 | 6 | $62,705 | $63,959 |
| 6 | 7 | $65,472 | $66,781 |
| 7 | 8 | $68,238 | $69,602 |
| 8 | 9 | $72,406 | $73,854 |
| 9 | 10 | $74,713 | $76,207 |
| 10 | 10 | $74,713 | $76,207 |
| 11 | 11 | $76,361 | $77,889 |
| 12 | 11 | $76,361 | $77,889 |
| 13 | 12 | $78,559 | $80,130 |
| 14 | 12 | $78,559 | $80,130 |
| 15 | 13 | $81,085 | $82,707 |
| 16 | 13 | $81,085 | $82,707 |
| 17+ | 14 | $84,382 | $86,069 |

| Effective 12/1/2017 (FY18) – 1.0% | | | |
|---|---|---|---|
| Years of Service | FY17 Step | Deputy 2232 | Corporal 2234 |
| 0 | 1 | $53,333 | $54,399 |
| 1 | 2 | $54,471 | $55,561 |
| 2 | 3 | $56,163 | $57,286 |
| 3 | 4 | $58,313 | $59,479 |
| 4 | 5 | $60,537 | $61,748 |
| 5 | 6 | $63,332 | $64,599 |
| 6 | 7 | $66,127 | $67,449 |
| 7 | 8 | $68,920 | $70,298 |
| 8 | 9 | $73,130 | $74,593 |
| 9 | 10 | $75,460 | $76,969 |
| 10 | 10 | $75,460 | $76,969 |
| 11 | 11 | $77,125 | $78,668 |
| 12 | 11 | $77,125 | $78,668 |
| 13 | 12 | $79,345 | $80,931 |
| 14 | 12 | $79,345 | $80,931 |
| 15 | 13 | $81,896 | $83,534 |
| 16 | 13 | $81,896 | $83,534 |
| 17+ | 14 | $85,226 | $86,930 |

633132.1

**For Section -6012.1 Court Security Officers**

Section - 6012.1 Court Security Officers shall be compensated within the ranges of compensation set forth below:

Starting Pay - $17.50/hour
Maximum Pay - $25.00/hour

Effective December 1, 2016, employees shall receive an hourly wage increase of 1%, and a new range of compensation shall be established, as follows:

Starting Pay - $17.67/hour
Maximum Pay - $25.25/hour

Effective December 1, 2017, employees shall receive an hourly wage increase of 1%, and a new range of compensation shall be established, as follows:

Starting Pay - $17.85/hour
Maximum Pay - $25.50/hour

633132.1

19