**JOHN E. ZARUBA**
SHERIFF

501 N. County Farm Road
Wheaton, Illinois 60187
(630) 407-2000
FAX (630) 407-2013
www.co.dupage.il.us/sheriff



**OFFICE OF THE SHERIFF**
COUNTY OF DUPAGE

| | |
|---|---|
| Civil Division | (630) 407-2060 |
| Corrections | (630) 407-2255 |
| Crime Laboratory | (630) 407-2100 |
| Detective Division | (630) 407-2323 |
| Radio Room | (630) 407-2400 |
| Records Division | (630) 407-2270 |
| Warrants Division | (630) 407-2290 |

To:     Deputy E. Koty

From:   Chief Angus

Date:   April 9, 2014

RE:     **Work Assignment**

Please be advised that since your work assignment has been temporarily transferred to the Courthouse you will be temporarily placed as inactive on the Special Operations Team (deployment & training). This decision was based on the advice of the State's Attorney's Office. This collateral assignment will be reevaluated after you supply the additional information requested regarding this matter.

CC:     Bureau Chiefs
        Major Romanelli
        Sgt. Harris
        E. Angus
        File