## Special Operations Division



E.R.N.I.E.

Formed in 1979, the Sherif f' Office Special Operations Unit, otherwise known as SW AT, works to protect and save lives using specialized tactics and equipment.

On the right is E.R.N.I.E., an armored personnel carrier that accompanies the team on many of its call outs.

The unit is made up of two 1 1 man tactical teams, two team leaders, crisis negotiators, mobile command post communications operators, intelligence of ficers and a unit commander .

The unit is deployed to incidents involving:

- Hostage situations
- Terrorist incidents
- V.I.P. protection and security
- Civil unrest and disasters
- Barricaded subjects and
- High risk arrest warrants.

Team members train extensively and must maintain a greater degree of physical conditioning than expected of other deputies and are also required to exhibit expertise handling specialized weapons.

Some team members serve as part of the Region IV Special Containment T eam and are specially trained to address the threat of a biological, radiological or chemical attack.