IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC KOTY,<br>    Plaintiff, | ) ) ) | |
| vs. | ) ) | No: 15 C 2600<br>Judge Virginia M. Kendall |
| SHERIFF JOHN ZARUBA et al.,<br>    Defendants. | ) ) | |

## DECLARATION OF ERIC KOTY

I, Eric Koty, declare:

1. I make this declaration based on my personal knowledge, except where otherwise indicated.

2. When I submitted my IDHR/EEOC complaint and the doctor's note on April 7, 2014 at the beginning of my shift, I was required by the employer to continue driving in the Crown Victoria for my shift.

3. On April 8, 2014, I was working my shift in the Crown Victoria, when I was ordered to come into the office.

4. The February 12, 2014 doctor's note was the fourth doctor's note that was tendered to the defendants over time. There were three previous doctor's notes submitted over time.

5. Plaintiff believed that it was a possibility that the defendants would accommodate the request for an SUV by assigning him an SUV to continue working based on past performance of Defendants.

6. Plaintiff had his doctor complete the ADA questionnaire before he returned it to the defendants.

7. Plaintiff had requested a light-duty position and was denied it.

I declare under penalty of perjury, that the foregoing is true and correct.


Executed this 23nd day of December 2016.

Eric Koty